**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hang Ngoc Lam, et al.**, <br> Plaintiffs, <br> v. <br> **Hawaiian Gardens Casino,** <br><br> Defendant. | Case No. CV 19-3989-DMG (MRWx) <br><br> **JUDGMENT** |

The Court having granted Defendant Hawaiian Gardens Casino's motion to dismiss by order dated January 8, 2020 [Doc. # 83],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiffs Hang Ngoc Lam and Samuel Yasuo Takushi.

DATED: January 8, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-